

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00405-CV

FRANK MILLER, Appellant

V.

ASCENTIUM CAPITAL LLC, Appellee

Appeal from the 270th District Court of Harris County. (Tr. Ct. No. 2012-75468).

This is an appeal from the judgment signed by the court below on October 13, 2014. Appellant, Frank Miller, did not timely file a brief. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed** for want of prosecution.

The Court **orders** that the appellant, Frank Miller, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered November 10, 2015.

Per curiam opinion delivered by panel consisting of Justices Keyes, Massengale, and Lloyd.